**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JUAN MARCOS SORIA VERASTEGUI #A220-176-** **CASE NO.  3:26-CV-01287 SEC P**
**088**

**VERSUS**                                                       **JUDGE DAVID C. JOSEPH**

**WARDEN RICHWOOD CORRECTIONAL**          **MAGISTRATE JUDGE CAROL B.**
**CENTER**                                                       **WHITEHURST**

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on April 21, 2026.  Upon review of the

record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $5.00 to file a petition for writ of habeas corpus or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $5.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend

the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300**

**Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ___24th___ day of _____April_____, 2026.

_____
Carol B. Whitehurst
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application